# United States Court of Appeals
## For the First Circuit

_____

No. 24-1277

YI SUN,

Plaintiff - Appellant,

v.

THE STATE OF NEW YORK,

Defendant - Appellee.

THE CITY OF NEW YORK,

Defendant.

_____

Before

Barron, <u>Chief Judge</u>,
Kayatta and Montecalvo, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: October 21, 2024

Pro se plaintiff-appellant Yi Sun ("Sun") appeals from the district court's screening dismissal of her complaint under 28 U.S.C. § 1915(e)(2)(B)(ii). Upon de novo review and after careful consideration of appellant's submissions and the relevant portions of the record, we affirm the district court's dismissal of her amended complaint.

<u>Affirmed</u>. <u>See</u> 1st Cir. R. 27.0(c). The emergency motion to stay/show cause is denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Yi Sun
Letitia James